UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
E. DEMARINO TRUCKING, INC.,

                      Plaintiff,                        **ORDER**

   - against -                                                      No. 20-CV-4774 (CS)

TOWN OF TUXEDO,

                      Defendant.
-------------------------------------------------------------x

Seibel, J.

      Upon consideration of Defendant Town of Tuxedo's proposed order to show cause why an order should not be issued directing Plaintiff E. DeMarino Trucking, Inc. to remove its equipment from a parcel of land located at 984 Long Meadow Road, Tuxedo, New York (the "Premises"), together with the affirmation, exhibits, and memorandum of law submitted in support thereof, (Docs. 21-23), as well as the other filings on the docket, and in accordance with the agreement that the parties reached at a conference held by the Court today, it is hereby:

      ORDERED that Plaintiff shall remove all three pieces of its equipment from the Premises no later than August 10, 2020; and it is further

      ORDERED that Plaintiff shall provide Defendant with two full business days' notice as to the date and time of the removal of equipment; and it is further

      ORDERED that Defendant may have its personnel present at the Premises during removal; and it is further

      ORDERED that removal shall occur only on business days and shall be completed by 8:00 p.m; and it is further

ORDERED that Plaintiff shall apply for all necessary permits by July 31, 2020.

**SO ORDERED.**

Dated: July 30, 2020
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.